# United States District Court
## For The Western District of North Carolina
## Charlotte Division

DIANE BEVERLY SIGUENZA,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-CV-232

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2009 Order.

Signed: June 12, 2009

Frank G. Johns, Clerk
United States District Court